**Below is the Order of the Court.**



**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

1
2
3
4
5
6
7
8
9

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| In Re: | BANKRUPTCY NO. 16-14901-MLB |
| CHRISTINE G TAVARES, | CHAPTER NO. 7 |
|       Debtors. | ORDER FOR RELIEF FROM AUTOMATIC STAY |

THIS MATTER, coming on regularly before the undersigned Bankruptcy Judge upon Motion of ALABAMA HOUSING FINANCE AUTHORITY and its successors and assigns, (hereinafter "Movant"), by its attorneys Robinson Tait, P.S., for an Order terminating the automatic stay of lien enforcement under Bankruptcy Code § 362 as it affects Movant and permitting Movant to proceed to enforce its lien against that parcel of real property described as follows:

LOT 21, "SKAGIT HIGHLANDS, DIVISION II", A PLANNED UNIT DEVELOPMENT, APPROVED APRIL 3, 2006 AND RECORDED ON APRIL 4, 2006 UNDER AUDITOR`S FILE NO. 20604040052, RECORDS OF SKAGIT COUNTY, WASHINGTON. SITUATE IN THE COUNTY OF SKAGIT, STATE OF WASHINGTON.

commonly known as 4704 Mount Baker Lp, Mount Vernon, WA 98273;

ORDER FOR RELIEF FROM STAY - 1
60480-00331-BK-WA

*Law Offices of*
ROBINSON TAIT, P.S.
901 Fifth Avenue, Suite 400
Seattle WA 98164
( 2 0 6 )  6 7 6 - 9 6 4 0

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay of lien enforcement, including the co-debtor stay, if any, is terminated as to any actions in the foreclosure of its collateral as it affects Movant, the Trustee, and the Successor Trustee of its Deed of Trust and that Movant is authorized to commence or continue an action against said real property pursuant to the laws of the State of Washington, including but not limited to judicial and/or nonjudicial foreclosure, deed in lieu and eviction, if necessary.

It is FURTHER ORDERED, ADJUDGED AND DECREED and this order shall apply to and be binding in any bankruptcy proceeding to which this proceeding is converted;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other workout/loss mitigation agreement and to contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

///End of Order///

Presented by:

/s/Lisa McMahon-Myhran
Lisa McMahon-Myhran, WSB #27559
ROBINSON TAIT, P.S.
Attorneys for ALABAMA HOUSING FINANCE AUTHORITY and its

ORDER FOR RELIEF FROM STAY - 2
60480-00331-BK-WA

*Law Offices of*
ROBINSON TAIT, P.S.
901 Fifth Avenue, Suite 400
Seattle WA 98164
( 2 0 6 )  6 7 6 - 9 6 4 0